# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO VALENCIA-CHAVEZ,<br>　aka "Jesus Valencia-Chavez,"<br>　aka "Carlos Valencia Chavez,"<br>　aka "Manuel Madrigal-Gutierrez,"<br>　aka "Martin Valencia-Lopez,"<br><br>　　　　　Defendant. | Case No. 2:22-mj-00764-NJK<br><br>**Order Directing Probation to Prepare a Criminal History Report**<br><br>[Docket No. 11] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __6th__ day of October, 2022.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE