# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO VALENCIA-CHAVEZ,<br>　aka "Jesus Valencia-Chavez,"<br>　aka "Carlos Valencia Chavez,"<br>　aka "Manuel Madrigal-Gutierrez,"<br>　aka "Martin Valencia-Lopez,"<br><br>　　　　Defendant. | Case No. 2:22-mj-00764-NJK<br><br>**Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment**<br><br>[Docket No. 12] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on ___October 18___, 2022 at the hour of 4:00 p.m., be vacated and continued to ___November 1, 2022___ at the hour of ___4:00 P.M.___.

The Court has previously warned the United States that it must include the current preliminary hearing date in any stipulation to extend the date. Failure to do so in the future will result in denial of the stipulation.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2022