**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO VALENCIA-CHAVEZ,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00764-NJK-1<br><br>**ORDER**<br>[Docket No. 16] |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, November 1, 2022 at 4:00 p.m., be vacated and continued to <u>January 9, 2023</u> at the hour of <u>4:00 PM</u>.

　　DATED this <u>27th</u> day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3